AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Montana

FILED APR 04 2019
Clerk, U.S. District Court
District Of Montana
Missoula

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. |
| | ) | MJ-19-29-M-JCL |
| Fabjan Alameti | ) | |
| | ) | |
| Defendant(s) | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of March 25, 2019 and April 3, 2019, in the county of Gallatin in the State and District of Montana, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(3); and<br>18 U.S.C. § 1001 | (1) Possession of a Firearm by Unlawful User of a Controlled Substance (Maximum penalty: 10 years imprisonment, $250,000 fine, and three years supervised release); and<br>(2) Making False Statements Involving International and Domestic Terrorism |

This criminal complaint is based on these facts:

See Attached Affidavit, incorporated herein by reference.

☑ Continued on the attached sheet.

_____
Complainant's signature

Matthew J. Deurmeir, Special Agent, FBI
Printed name and title

Sworn to before me and signed in my presence.

Date: 4/4/2019

_____
Judge's signature

Hon. Jeremiah C. Lynch, U.S. Magistrate Judge
Printed name and title

City and state: Missoula, Montana