AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Montana

United States of America
v.

Fabjan Alameti

*Defendant*

Case No. MJ-19-29-M-JCL

RECEIVED 2019 APR -4 P 12: 18
US MARSHALS SERVICE MISSOULA, MT

FILED APR 04 2019
Clerk, U.S. District Court
District Of Montana
Missoula

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Fabjan Alameti,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

(1) Possession of a Firearm by Unlawful User of a Controlled Substance, in violation of 18 U.S.C. § 922(g)(3); and (2) Making False Statements Involving International and Domestic Terrorism, in violation of 18 U.S.C. § 1001.

Date: 4/4/2019

*Issuing officer's signature*

Hon. Jeremiah C. Lynch, U.S. Magistrate Judge
*Printed name and title*

City and state: Missoula, Montana

### Return

This warrant was received on *(date)* 04/04/2019, and the person was arrested on *(date)* 04/03/2019
at *(city and state)* BOZEMAN, MT.

Date: 04/04/2019

*Arresting officer's signature*

SA MATTHEW J. DEURMEIER, FBI
*Printed name and title*