IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>FABJAN ALAMETI,<br><br>Defendant. | MJ 19-29-M-JCL<br><br>ORDER |

On April 4, 2019, Defendant Fabjan Alameti appeared before the Court for his initial appearance on the Criminal Complaint filed against him. The Court advised Defendant of his rights relative to the charges. Defendant waived his right to a preliminary hearing.

The United States requested that Defendant be detained pending his trial. The Defendant waived his right to a hearing on the issue of his release or detention at this time, but reserved his right to request a hearing later.

The Court will leave open the issue of Defendant's right to release or detention. If Defendant desires to have a detention hearing he shall file a motion requesting the hearing.

Therefore, pursuant to 18 U.S.C. § 3142(e) and (f), **IT IS HEREBY ORDERED** the Defendant is committed to the custody of the Attorney General or

his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

DATED this 4th day of April, 2019.

/s/ Jeremiah C. Lynch
Jeremiah C. Lynch
United States Magistrate Judge